IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | case no. 8:21-cv-1357-VMC-AAS |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SALI HADLEY, | : | |
|     Defendant. | : | |

_____x

## ANSWER, AFFIRMATIVE DEFENSES, & DEMAND FOR JURY TRIAL

**COMES NOW,** Defendant SALI HADLEY, by and through undersigned counsel, hereby answers the Government's complaint, asserts affirmative defenses, and demands a jury trial pursuant to the Seventh Amendment and Fed. R. Civ. P. 38(b), as follows.

### GENERAL DENIAL OF LIABILITY

Defendant generally denies any liability arising from any of the allegations asserted by the Government in the Complaint. Any allegation in the Complaint which is not expressly admitted below is denied. Defendant's failure to timely file true and complete Foreign Bank Account Report ("FBARs") for the years at issue was due to reasonable cause. Additionally, the assessed penalties were improperly calculated on per account instead of per form basis.

### SPECIFIC RESPONSE TO THE ALLEGATIONS IN THE COMPLAINT

1. Admits the nature of the suit, denies that that the Defendant is liable for civil penalties, accrued interest on such penalties, late payment penalties, and associated fees.

2. As this paragraph contains no allegation of fact no response is required, to the extent a response is require said paragraph is hereby denied.

3. As this paragraph contains no allegation of fact no response is required, to the extent a response is required said paragraph is hereby denied.

4. Admit the Defendant resides in Dunedin, Florida, deny the balance of the paragraph as such is a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

5. The paragraph sets forth a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

6. The paragraph sets forth a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

7. The paragraph sets forth a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

8. Admit that the Defendant is a "United States person" for purposes of 31 U.S.C. § 5314(a).

9. Denied.

10. Denied.

11. The paragraph sets forth a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

12. Denied.

13. Denied.

14. Denied.

15. Without knowledge, therefore denied.

16. Denied.

17. The paragraph sets forth a conclusion of law which no response is required, to the extent that a response is required same is hereby denied.

18. Denied.

19. Denied.

20. Denied.

In response to the Government's prayer for relief, (A) Defendant denies that the Government is entitled to a judgment in its favor for the civil penalties assessed against her for violations of 31 U.S.C. § 5314 in the amount of $245,839.25 as of June 1, 2020, plus penalties and interest that continue to accrue; (B) Defendant denies that the Government is entitled to any other relief.

## AFFIRMATIVE DEFENSES

The Defendant asserts the following Affirmative Defenses to the allegations in the Complaint:

### FIRST AFFIRMATIVE DEFENSES

The Government's cause of action is barred (in whole or in part) by the applicable statute of limitation. *See, e.g.*, 31 U.S.C. § 5321(b).

### SECOND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSES

To the extent that there was any violation of the law, such was due to reasonable cause. *See* 31 U.S.C. § 5321(a)(5)(B)(ii).

401 East Las Olas Blvd., Suite 1400, Ft. Lauderdale, FL 33301 • T: 954.615.1676 • F: 954.827.0340 • WWW.DIRUZZOLAW.COM

FOURTH AFFIRMATIVE DEFENSES

The non-willful FBAR penalty is $10,000 per year (i.e. per form) not per account.  *See United States v. Bittner*, 469 F. Supp. 3d 709 (E.D. Tex. 2020) (holding statutory cap applies on a per form basis); *United States v. Kaufman*, 2021 WL 83478 (D. Conn. Jan. 11, 2021); *United States v. Boyd*, 991 F.3d 1077 (9th Cir. Mar. 24, 2021); *United States v. Giraldi*, 2021 WL 1016215 (D.N.J. Mar. 16, 2021).

FIFTH AFFIRMATIVE DEFENSES

The penalties at issue were not properly assessed.

**DEMAND FOR JURY TRIAL**

The Defendant demands a jury trial pursuant to Fed. R. Civ. P. 38(b) on all issues so triable.

Respectfully submitted,

/s/ Joseph A. DiRuzzo, III
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2021.08.16 16:15:31 -04'00'

Aug. 16, 2021

Joseph A. DiRuzzo, III
Fla. Bar No. 0619175
DIRUZZO & COMPANY
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
954.615.1676 (o)
954.827.0340 (f)
jd@diruzzolaw.com

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on Aug. 16, 2021, a true and correct copy of the foregoing has been filed via ECF and that a NEF will be provided to counsel of record.

/s/ Joseph A. DiRuzzo, III
Digitally signed by /s/ Joseph A. DiRuzzo, III
Date: 2021.08.16 16:15:44 -04'00'

Joseph A. DiRuzzo, III