IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

```
_____x
UNITED STATES OF AMERICA,          :     case no. 8:21-cv-1357-VMC-AAS
     Plaintiff,                    :
                                   :
v.                                 :
                                   :
SALI HADLEY,                       :
     Defendant.                    :
_____x
```

**UNOPPOSED MOTION TO VACATE ORDER REQUIRING MEDIATION**

**COMES NOW,** Defendant SALI HADLEY, through undersigned counsel, moves the Court to vacate its order requiring the parties to mediate. In support thereof the Defendant states as follows.

The Court entered an order requiring the parties to mediate; however, the parties have engaged in some settlement discussions and are nowhere near being able to resolve this case. Simply put, the parties are entrenched in their respective legal positions on their respective sides of the circuit-split. *Compare United States v. Boyd,* 991 F.3d 1077 (9th Cir. 2021) (in favor taxpayer) *with United States v. Bittner*, 19 F.4th 734 (5th Cir. 2021) (in favor of the government). The parties anticipate that the issue will need to be decided by the 11th Circuit or the Supreme Court. Thus, the Defendant submits that the time, effort, and money, that would be spent on mediation will undoubtedly be a waste and the Court should allow the parties

to dispense with mediation.

Counsel for the Government does not object to the requested relief.

## CONCLUSION

**WHEREFORE**, the Court should grant the motion in full.

Respectfully submitted,

_____  May 3, 2022

Joseph A. DiRuzzo, III
Fla. Bar No. 0619175
DiRuzzo & Company
401 East Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
954.615.1676 (o)
954.827.0340 (f)
jd@diruzzolaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on May 3, 2022, a true and correct copy of the foregoing has been filed via ECF and that a NEF will be provided to counsel of record.

_____

Joseph A. DiRuzzo, III