**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                               **Case No.: 8:21-cv-1357-AAS**

**SALI HADLEY,**

    **Defendant.**
_____/

## **ORDER**

Defendant Sali Hadley requests that the court vacate its order requiring mediation. (Doc. 27). Plaintiff United States does not oppose the motion. (*Id.* at p. 2).

The court ordered the parties to complete mediation by March 31, 2022, and to select a mediator by February 1, 2022. (Doc. 15, p. 2). On February 11, 2022, the United States filed a notice of mediation to be held on March 22, 2022, before Elaine E. Feldman. (Doc. 20). On March 1, 2022, the parties moved for an extension of the mediation deadline to allow additional time for "narrowing of the issues." (Doc. 21). The court granted the parties' request and extended the mediation deadline to April 26, 2022. (Doc. 22). On May 5, 2022,

1

the court directed the parties to notify the court about the mediation outcome. (Doc. 24). Ms. Hadley now requests that the court vacate its order requiring mediation. (Doc. 27).

Under Federal Rule of Civil Procedure 16, a scheduling order may be modified for "good cause." Ms. Hadley requests that the court vacate its order requiring mediation because "the issue will need to be decided by the 11th Circuit or the Supreme Court . . . [and] the time, effort, and money, that would be spent on mediation will undoubtedly be a waste." (Doc. 27, p. 1). The court reviewed the pleadings and subsequent filings. Ms. Hadley failed to establish good cause for vacating the court's order requiring mediation. In addition, Ms. Hadley moved to vacate the court's order after the deadline passed and failed to establish good cause for the failure to comply with the court's case management deadlines.

Accordingly, Ms. Hadley's motion to vacate order requiring mediation (Doc. 27) is **DENIED**. The parties must file a notice of mediation by **June 10, 2022**, and the mediation must be concluded by **August 5, 2022**.

**ORDERED** in Tampa, Florida on May 5, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge