UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALI HADLEY, ) <br> f/k/a SALI DALTON, ) <br> ) <br> Defendant. ) | Civil No. 21-cv-1357 |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

The Court, in its Order of March 28, 2022, already has decided the main legal issue in this action – whether the penalty for failing to disclose interests in foreign financial accounts applies on a "per form" or "per account" basis. (Doc. 23.) Since that ruling, the parties have determined that they have no other legal or factual disputes for the Court to decide. As a result, the parties ask the Court to enter the attached proposed Final Judgment.

As shown on the face of the proposed Final Judgment, the parties stipulate to the form, but not to the substance, of the proposed judgment. Ms. Hadley does not concede the legal issue decided in the Court's Order of March 28, 2022 (Doc. 23) and, pursuant to *Dorse v. Armstrong World Indus., Inc.*, 798 F.2d 1372 (11th Cir. 1986), *certified question answered*, 513 So. 2d

1

1265 (Fla. 1987),[1] Ms. Hadley expressly reserves her right to appeal (including but not limited under 28 U.S.C. § 1291) it (i.e. the March 28th order) at the appropriate time. The United States expressly acknowledges that Ms. Hadley's right(s) to appeal are preserved and not waived, *see Dorse, supra*, that Ms. Hadley remains adverse to this final judgment, *see OFS Fitel, LLC v. Epstein, Becker & Green, P.C.,* 549 F.3d 1344, 1358 (11th Cir. 2008), that Ms. Hadley expresses her intent to appeal this matter to the Eleventh Circuit, and the United States "expressly recognize[s] the defendant's intent to appeal[,]" *Clark v. Hous. Auth. of City of Alma*, 971 F.2d 723, 726 (11th Cir. 1992).

The parties maintain their dispute as to the Court's Order of March 28th. But as no other issues remain for the Court to decide, it is appropriate for the Court to enter Final Judgment as described, subject to the aforementioned reservations.

//

//

//

//

---

[1] *See id.* at 1375 ("plaintiffs did not consent to a judgment against them, but only that, if there was to be such a judgment, it should be final in form instead of interlocutory, so that they might come to this court without further delay") (citation omitted).

DAVID A. HUBBERT
Principal Deputy Assistant Attorney General

| | |
|---|---|
| */s/ Laura M. Conner* | */s/ Joseph A. DiRuzzo, III* |
| Laura M. Conner | Joseph A. DiRuzzo, III |
| Trial Attorney, Tax Division | Fla. Bar No. 0619175 |
| U.S. Department of Justice | DiRuzzo & Company |
| P.O. Box 14198 | 401 East Las Olas Blvd. |
| Washington, D.C.  20044 | Suite 1400 |
| Telephone: (202) 514-6438 | Ft. Lauderdale, FL  33301 |
| Fax: (202) 514-4963 | 954.615.1676 (o) |
| Email: laura.m.conner@usdoj.gov | 954.827.0340 (f) |
| | jd@diruzzolaw.com |
| *Counsel for the United States* | |
| | *Counsel for Sali Hadley* |