IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12250-DD

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

versus

SALI HADLEY,
f.k.a. Sali Dalton,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

"United States' Unopposed Motion to Stay Proceedings Pending a Decision by The Supreme Court in *Bittner V. United States* (S. Ct. No. 21-1195)" is GRANTED.

Appellant's brief is due forty (40) days from the Supreme Court's decision in *Bittner*, with the appendix due seven (7) days from the filing of the brief.

                                                           /s/ Britt C. Grant
                                                         UNITED STATES CIRCUIT JUDGE